**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

v.               No. 5:05-CR-50020-001
                       5:07-CV-5154

LUIS MONARES                                DEFENDANT/PETITIONER

### O R D E R

Now on this 19th day of October, 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #60, filed September 26, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Monares' Motion to Vacate under 28 U.S.C. §2255 (Doc. #59) is hereby denied and this case is dismissed with prejudice.

**IT IS SO ORDERED.**

                                           **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**